UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 22-00021-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| THOMAS DEW (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 295) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress (Record Document 261) is **GRANTED** as to the chainsaws, but **DENIED** as to all other items seized.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 21st day of November, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE